**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                              **CR. No.  99-110 JP**

**LAMAR JOHNSON and**
**JOHN McDONALD LAWRENCE,**

        **Defendants.**

## MEMORANDUM OPINION AND ORDER

At a motion hearing held May 5, 1999, Miles Hanisee represented the United States, Robert Cooper represented Lamar Johnson, and Joe Romero represented John McDonald Lawrence.

At the hearing I denied Defendant Lawrence's Motion to Sever Defendants (Doc. No. 26), filed April 6, 1999, but stated that he could reassert his request for a severance if Defendant Johnson submits an affidavit that comports with the criteria for severance as outlined by the Tenth Circuit in United States v. Martinez, 76 F.3d 1145, 1152 (10th Cir. 1996) and  United States v. Powell, 982 F.2d 1422, 1432-33 (10th Cir. 1992).

In addition, I withheld ruling on Defendants' motion to suppress until I have had the opportunity to read Defendants' additional briefing on the issue of standing, which they must submit no later than May 20, 1999.

IT IS THEREFORE ORDERED that Defendant Lawrence's Motion to Sever Defendants

(Doc. No. 26) is DENIED.

_____
**UNITED STATES DISTRICT JUDGE**